FILED

08/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0437

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0437

_____

KAREN TUSCANO and WESLEY TUSCANO,

      Petitioners,

    v.

MONTANA SIXTH JUDICIAL DISTRICT
COURT, SWEETGRASS COUNTY, HON.
BRENDA R. GILBERT, Presiding,

      Respondent.

O R D E R

_____

Petitioners Karen Tuscano and Wesley Tuscano, via counsel, seek a writ of review or writ of supervisory control over the Montana Sixth Judicial District Court in Cause No. DV-2021-39 to vacate that court's July 11, 2024 Findings of Fact, Conclusions of Law, and Order Regarding Contempt on the allegation that the court violated Tuscanos' constitutional rights and exceeded its jurisdiction in its ruling.

Having reviewed the Petition and the challenged order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Sidney and Julian Helvik, Plaintiffs/Counter-Defendants in the underlying litigation, Jacqueline Conner, Third-Party Defendant in the underlying litigation, and the Sixth Judicial District Court are each granted to and including September 9, 2024, to prepare, file, and serve a response(s) to the petition.

The Clerk is directed to provide immediate notice of this Order to Petitioner, to all counsel of record in DV-2021-39, and to the Honorable Brenda R. Gilbert, presiding District Judge.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
August 8 2024